Official Form 1 (1/08)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **JUDDE PROPERTIES, INC., a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **30-0276463** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> **25 COLIGNI AVENUE** <br> **NEW ROCHELLE NY** <br> ZIPCODE **10804** | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: **WESTCHESTER** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> **SAME** <br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [X] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [X] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*JUDDE PROPERTIES, INC.,*<br>*a Corporation* |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____  6/27/2008<br>Signature of Attorney for Debtor(s)   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*JUDDE PROPERTIES, INC.,*<br>*a Corporation* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

6/27/2008
(Date)

### Signature of Attorney*

X */s/ ARLENE GORDON OLIVER, ESQ.*
Signature of Attorney for Debtor(s)

*ARLENE GORDON OLIVER, ESQ. 5076*
Printed Name of Attorney for Debtor(s)

*RATTET, PASTERNAK & GORDON-OLIVER, LLP*
Firm Name

*550 MAMARONECK AVENUE*
Address

*SUITE 510*

*HARRISON, NY  10528*

*(914) 381-7400*
Telephone Number

*6/27/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ RALPH ESSIEN*
Signature of Authorized Individual

*RALPH ESSIEN*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*6/27/2008*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

RATTET, PASTERNAK & GORDON-OLIVER, LLP
Attorneys for the Petitioner
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Arlene Gordon-Oliver (AGO-5067)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                             Chapter 11
                                                   Case No. 08 B _____( )
JUDDE PROPERTIES, INC.

                        Debtor.

Tax ID: 30-0276463
------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

RALPH ESSIEN, being duly sworn, deposes and says:

1.  I am the President of JUDDE PROPERTIES, INC., a New York Corporation with an address at 25 Coligni Avenue, New Rochelle, New York 10804 ("Petitioner"). I submit this Affidavit pursuant to Local Bankruptcy Rule 1007-2.

2.  There are no other bankruptcy proceedings pending against the Petitioner.

3.  Pursuant to Bankruptcy Rule 1007(d) and the Local Rules of this Court, the Petitioner is required to file with this petition a list containing the names and addresses of the twenty (20) largest unsecured creditors excluding (i) those creditors who or which would not be entitled to vote at a creditors' meeting under 11 U.S.C. Section 702; (ii) such creditors who were employees of the Petitioner at the time of the filing of its petition for reorganization; and (iii)

creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31). The requisite list of unsecured creditors is annexed hereto as Exhibit "B".

4. In addition, the Petitioner is also required to file a list containing the names and addresses of the five (5) largest secured creditors. Said list is annexed hereto as Exhibit "C".

5. Annexed hereto as Exhibit "D" is a resolution authorizing the Petitioner's Chapter 11 filing.

6. Annexed hereto as Exhibit "E" is a list of the lawsuits currently pending against the Petitioner.

7. No committee of creditors was organized prior to the filing of the Chapter 11 Petition accompanying this Affidavit.

8. Petitioner is in the business of owning and managing real estate located at 25 Coligni Avenue, New Rochelle, New York 10804.

9. Annexed hereto as Exhibit "F" is a list of the Petitioner's shareholders, officers and affiliates.

10. There are no publicly held securities of the Petitioner.

11. Substantially all of the Petitioner's books and records are located the Petitioner's offices at 25 Coligni Avenue, New Rochelle, New York 10804.

12. The estimated payroll (exclusive of officers and members and exclusive of payroll taxes) for employees of Petitioner for the thirty days following the filing of the Chapter 11 Petition is $0.00. The amounts now being paid and proposed to be paid for services to be rendered by the officers of Petitioner as employees, for a period of thirty (30) days following the filing of the Chapter 11 Petition is $0.00.

14. The estimated additional costs of operations for Petitioner, exclusive of wages and salaries, for the thirty (30) days following the filing of its Chapter 11 Petition aggregate

approximately $16,676.19. Annexed hereto as Exhibit "G" is Petitioner's schedule of assets and liabilities and as Exhibit "H", a consolidated 30-day projection of income and expenses and cash flow, as required by LBR 1007-2(b)(3).

15. The reason for filing the instant Chapter 11 Petition is that the Debtor's first mortgagee has scheduled a foreclosure sale of the property owned by the debtor located at 25 Coligni Avenue, New Rochelle, New York, (the "Property") which if effectuated, would wipe out the other creditors and the Debtor's equity interests in the property. The Property houses a medical practice operated by an affiliate, Methuselah Associates, LLC, which is owned by the Debtor's president, Dr. Ralph Essien. Methuselah occupies the majority of the office space in the Property and is obligated to pay the lion's share of the rent that in turn the Debtor uses to make its mortgage payments to Zion's Bank[1]. The Debtor fell behind in its mortgage payments to its mortgagee, Zion's Bank as a result of certain difficulties experienced in the operation of the medical practice operated by Methuselah that resulted in Methuselah inability to stay current with its rent obligations to the Debtor. It is anticipated Methuselah Associates, LLC will also file for protection under Chapter 11 of the Bankruptcy Code, which proceeding will be administered jointly with the instant proceeding. In addition, it is also anticipated that one or more affiliated entities of the Debtor will also seek protection under Chapter 11 of the Code and will also be jointly administered with the instant proceeding. Furthermore, it is also possible that Dr. Essien will seek relief under Chapter 11 of the Code.

16. The needs and interests of the Petitioner and its creditors will best be served by the Petitioner's possession of its assets and management of its affairs as a Debtor-in-Possession under Chapter 11 until confirmation of a reorganization plan.

---

[1] There are two other tenants on the Property, however, the rent received from said tenants are minimal in comparison to the rent that Methuselah is obligated to pay.

*/S/ Ralph Essien*
                                                              Ralph Essien, President

Sworn to before me this
27th day of June, 2008


*/s/ Michael Maxwell*
Notary Public

# EXHIBIT "B"

## TWENTY LARGEST UNSECURED CREDITORS OF JUDDE PROPERTIES, INC,

\* List does not include insiders within the meaning of 11 U.S.C. Section 101(14)

| **Name of Creditor** | **Estimated Amount** |
|---|---|
| Con Edison Inc,<br>#4 Irving Place<br>New York, NY 10003 | $ 6,959.67 |
| Deeper Life Bible Church<br>213 East 144th Street<br>Bronx, New York 10451 | $45,000.00 |

# EXHIBIT "C"

## FIVE LARGEST SECURED CREDITORS OF JUDDE PROPERTIES, INC,

| Name | Estimated Amount |
|---|---|
| Zion's Bank<br>National Real Estate Group<br>P.O. Box 26304<br>Salt Lake City, Utah 84126 | $725,000.00 approx |
| Empire State Certified Development Corp.<br>50 Beaver Street, P.O. Box 738<br>Albany, NY 12201-0738 | $325,000.00 |

# EXHIBIT "D"

## CORPORATE RESOLUTION

The undersigned, president and director of Judde Properties, Inc., a corporation organized under the laws of the State of New York (the "Company"), does hereby certify that at a duly called meeting of the Board of Directors held on the 26th day of June, 2008, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Company, it is desirable and in the best interests of the Company, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Company upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Company and the preservation of its assets without further notice to the officers of the Company; and it is further

RESOLVED, that the Officers of the Company, or any of them, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Rattet, Pasternak & Gordon-Oliver, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 27th day of June, 2008.

*/s/ Ralph Essien*
Ralph Essien, President

Sworn to before me this
27th day of June, 2008

*/s/ Michael Maxwell*
Notary Public

## EXHIBIT "E"

## PENDING LITIGATION

<u>Zions First National Bank v. Judde Properties, Inc., Methuselah Associates, LLC, et al.</u>, Supreme Court of the State of New York, County of Westchester, Index No. 100079-07. Foreclosure Action- Judgment of Foreclosure and Sale entered on April 14, 2008. Sale date scheduled for June 30, 2008.

# EXHIBIT "F"

## SHAREHOLDERS, OFFICERS, DIRECTORS AND AFFILIATES OF JUDDE PROPERTIES, INC,

**Shareholders:**   Ralph Essien – 100%

**Officers:**   Ralph Essien, President

**Affiliates:**   Methuselah Associates, LLC
Judde Investment Inc.
Judde Realty Inc.

# EXHIBIT "G"

## SUMMARY OF ESTIMATED ASSETS AND LIABILITIES
## JUDDE PROPERTIES, INC.

**ASSETS:**

| | |
|---|---|
| Cash On Hand | $ 0.00 |
| Improved Real Property Value | $1,300,000.00 |
| **Total Assets** | **$1,300,000.00** |

**LIABILITIES:**

| | |
|---|---|
| Mortgages | $1,050,000.00 |
| Other Secured Claims (Judgments) | -0- |
| Real Property Taxes (City of New Rochelle) | $33,805.00 |
| Accounts Payable | $ 6,959.67 |
| **Total Liabilities** | **$ 1,090,764.60** |

# EXHIBIT "H"

## ESTIMATED 30 DAY INCOME & EXPENSE PROJECTIONS OF JUDDE PROPERTIES, INC.

**INCOME:**

RENT
    Tenants                $ 1,625.00
    Methuselah Assoc   $ 15,500.00[2]

**TOTAL INCOME**                            **$17,125.00**

**ACCRUED EXPENSES:**

| | |
|---|---:|
| MORTGAGE INTEREST | 9,896.04 |
| REAL ESTATE TAXES | 2,750.00 |
| ELECTRIC | 3,867.05 |
| WATER | 120.00 |
| INSURANCE | 439.10 |
| **TOTAL EXPENSES** | **$16,676.19** |

---

[2] It is anticipated that the debtor will begin to receive rent payments from Methesulah within the first 30 days of the filing of Methuselah's Chapter 11 Petition in order to enable the debtor to pay post petition mortgage payments.

RATTET, PASTERNAK & GORDON-OLIVER, LLP
Attorneys for the Petitioner
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Arlene Gordon-Oliver (AGO-5067)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11
                                                                              Case No. 08 B _____ (ASH)
JUDDE PROPERTIES, INC.

                            Debtor.

Tax ID: 30-0276463
-----------------------------------------------------------X

## CERTIFICATION OF MATRIX

RALPH ESSIEN, being duly sworn, deposes and says that he is the President of the above-captioned Petitioner (the "Petitioner"), and that the within List of Creditors made pursuant to the Local Rules of this Court is true, complete and correct to the best of deponent's knowledge and, based upon information and belief, contains the names and post office address, including zip codes, of the Petitioner's creditors, and appropriate taxing authorities.

                                                               */s/ Ralph Essien*
                                                               Ralph Essien, President

Sworn to before me this
27th day of June, 2008

*/s/ Michael Maxwell*
Notary Public

# MATRIX

Judde Properties, Inc.
25 Coligni Avenue
New Rochelle, New York 10804

Rattet, Pasternak, and Gordon-Oliver, LLP
550 Mamaroneck Avenue
Harrison, New York 10528

Internal Revenue Service
290 Broadway
Fifth Floor
New York, New York 10007

New York State Tax Commission
Bankruptcy/Special Procedure Section
PO Box 5300
Albany, New York 12205-0300

New York State Dept. of Taxation and Finance
1740 Broadway
17th Floor, Suite 1760
New York, New York 10019

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Zion's Bank
National Real Estate Group
P.O. Box 26304
Salt lake City, Utah 84126

Empire State Certified Development Corp.
50 Beaver Street, P.O. Box 738
Albany, New York 12201-0738

Con Edison
Address JAF Station
P.O. Box 1702
New York, New York 10116-1702

Melissa A. Pena, Esq.
Norris McLaughlin & Marcus, PA
875 Third Avenue – 18th Floor
New York, New York 10022

U.S. Small Business Administration
26 Federal Plaza – Suite 3100
New York, New York 10278

Michael Zihal, Sr. V.P.
Empire State Certified Development Corp.
50 Beaver Street
Albany, New York 12207

Tax Collector
City of New Rochelle
515 North Avenue
New Rochelle, NY 10801

Deeper Life Bible Church
213 East 144th Street
Bronx, New York 10451