

# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW

August 26, 2008

<u>VIA ECF</u>

Honorable Aldai S. Hardin, Jr.
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
300 Quarropas Street
White Plains, New York 10601-4150

Re:  **Zions First National Bank v. Judde Properties, Inc., *et al.***
Index No.: 08-22891

Dear Judge Hardin:

This firm represents Zions First National Bank ("Zions"), a creditor in the above-referenced action.

On August 1, 2008, Zions filed a motion for entry of an Order (i) prohibiting the debtor, Judde Properties, Inc.'s (the "Debtor") use of rents from certain real property; (ii) compelling the Debtor to pay all rents received since the filing of the Chapter 11 case to Zions; and (iii) compelling the Debtor's tenants to pay rents directly to Zions and also seeking alternative relief (the "Motion"). This will confirm that the Motion has been adjourned from September 4, 2008 to September 11, 2008 at 9:30 am.

We thank the Court for its attention to this matter.

Very truly yours,
NORRIS, McLAUGHLIN & MARCUS, PA

Melissa A. Peña

cc:  Arlene Gordon-Oliver, Esq. (Via ECF and Email)



875 Third Avenue, 18th Floor  New York, NY 10022  •  P: (212) 808-0700  •  F: (212) 808-0844
NJ Mailing Address: P.O. Box 1018  Somerville, NJ 08876-1018  •  NJ Hand Delivery: 721 Route 202 - 206  Bridgewater, NJ 08807
www.nmmlaw.com    E: info@nmmlaw.com